Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, Floor 19
Los Angeles, California 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff
HUMBERTO SALAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO SALAS,<br><br>    Plaintiff,<br><br>  v.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No. 2:22-cv-02201-AB-PLA<br><br>**Request for Entry of Judgment Pursuant to FRCP 68(a)**<br><br>[Complaint Filed: October 14, 2021] |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** Plaintiff HUMBERTO SALAS accepted Defendant FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 in the amount of $70,000 on October 27, 2023, which is attached hereto as **Exhibit 1**. Plaintiff hereby applies for the Entry of Judgment in the amount of $70,000 pursuant to the terms of the Rule 68 attached herein.

Dated: November 8, 2023          STRATEGIC LEGAL PRACTICES, APC

TIONNA DOLIN
Attorney for Plaintiff
HUMBERTO SALAS

# EXHIBIT 1

1  Michael D. Mortenson, State Bar No. 247758
     mmortenson@mortensontaggart.com
2  Craig A. Taggart, State Bar No. 239168
     ctaggart@mortensontaggart.com
3  **MORTENSON TAGGART ADAMS LLP**
4  300 Spectrum Center Drive, Suite 1200
5  Irvine, California 92618
   Telephone: (949) 774-2224
6  Facsimile: (949) 774-2545

7

8  Attorneys for Defendant
   FORD MOTOR COMPANY

9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12

13

| 14  HUMBERTO SALAS,                          | CASE NO. 2:22-cv-02201-AB-PLA |
|                                              | *Honorable Andre Birotte Jr.* |
| 15           Plaintiff,                      |                               |
| 16       vs.                                 |                               |
| 17                                           | **DEFENDANT FORD MOTOR COMPANY'S OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** |
| 18  FORD MOTOR COMPANY; and DOES 1 through 10, inclusive, |     |
| 19                                           |                               |
| 20           Defendants.                     |                               |
| 21                                           | Action Filed: October 14, 2021 |
| 22                                           | Trial Date: February 6, 2024  |

23
24
25
26
27
28

**TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

Defendant Ford Motor Company ("Ford") hereby offers to allow entry of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows:

1. Ford will pay to Humberto Salas ("Plaintiff") the sum of $70,000.00 less any remaining loan balance on Plaintiff's 2017 Ford F-150, vehicle identification number 1FTEW1CG2HKD18821. Ford will pay this amount to Plaintiff and Plaintiff's counsel of record, Strategic Legal Practices, APC, within five (5) business days after the subject vehicle is surrendered, as described in paragraph 3. Ford will pay any loan balance on the vehicle directly to the lienholder within seven (7) days after Plaintiff's surrender of the subject vehicle to Ford or its designee, as described in Paragraph 3.

2. As part of this Offer, Ford offers to permit judgment to be entered solely upon the terms of paragraph 1, and Plaintiff shall retain the right to petition the Court for an award of reasonably and actually incurred attorney fees and costs recoverable pursuant to California Civil Code Section 1794(d). In ruling on Plaintiff's fee/cost motion(s), the attorney fees, expenses and costs shall be calculated as if Plaintiff was found to have prevailed in this action under section 1794(d) of the California Civil Code. Ford expressly reserves all defenses to Plaintiff's fee/costs motion(s). Plaintiff may recover for attorney fees and costs reasonably and actually incurred in bringing such a fee/cost motion(s). Ford will pay the attorney fees and cost amounts determined by the Court within 60 days' written notice of entry of the Court's ruling awarding these amounts.

3. Plaintiff will surrender the vehicle to Ford on a date, time and place mutually agreeable no later than thirty (30) calendar days after the parties' counsel have accepted this Offer. Plaintiff will surrender the vehicle with clear title, free and clear of all liens and encumbrances, other than the lender of record, to Ford or its designee. Plaintiff will also execute whatever documents are necessary to effectuate the transfer of the vehicle to Ford.

4.	Ford will waive all claims it may have for costs and fees in this action.

5.	Plaintiff will file a Stipulation of Dismissal, with prejudice as to all claims and causes of action, when the Plaintiff's attorney fees discussed in paragraph 2 have been resolved and within 14 days after Ford tenders the final amounts due to Plaintiff and Plaintiff's counsel.  Plaintiff is not required to execute any separate release of claims.

6.	This Offer is inclusive of all damages, restitution, costs, attorney fees, expenses, penalties, prejudgment interest, post-judgment interest, and any other sums or amounts or claims that have been asserted by Plaintiff in this action.  If this Offer is accepted, Plaintiff shall not be entitled, except as specified in paragraphs 1 and 2, to seek damages, costs, attorney fees, expenses, penalties, prejudgment interest, post-judgment interest, or any other sums or amounts or claims in this action.

7.	Pursuant to Federal Rules of Civil Procedure Rule 68, this Offer can be accepted by signing a statement that the offer is accepted.   Set forth below is a statement indicating acceptance of this Offer that may be signed by counsel for Plaintiff.

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 68, if this Offer is not accepted and Plaintiff fails to obtain a more favorable judgment, Plaintiff shall not recover post-offer costs, including attorney fees from the date of this Offer, and shall be required to pay Ford's costs from the time of the offer. Further, the Court, in its discretion, may require Plaintiff to pay a reasonable sum to cover Ford's post-offer costs of the services of Ford's expert witnesses, who are not regular employees of any party, actually incurred and reasonably necessary in either, or both, the preparation or trial of this case by Ford.

DATED: October 27, 2023     MORTENSON TAGGART ADAMS LLP

By: _____
Michael D. Mortenson
Craig A. Taggart
Attorneys for Defendant
FORD MOTOR COMPANY

We hereby accept the above offer on the terms stated on behalf of Plaintiff.

DATED: October 27, 2023     STRATEGIC LEGAL PRACTICES, APC

By: _____
Tionna Dolin
Attorney for Plaintiff
HUMBERTO SALAS

# CERTIFICATE OF SERVICE

I, Kaelyn Thurmond, hereby certify that on October 27, 2023, I caused a copy of:

**DEFENDANT FORD MOTOR COMPANY'S OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

to be sent to the person(s) at the electronic address(es) listed below pursuant to an agreement of the parties to accept service by electronic transmission:

Tionna Dolin
STRATEGIC LEGAL PRACTICES, APC
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838
tdolin@slpattomey.com
emailservices@slpattorney.com

**ATTORNEY FOR PLAINTIFF**

_____
Kaelyn Thurmond

MORTENSON
TAGGART
ADAMS LLP