# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUMBERTO SALAS,<br><br>    Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No.: 2:22-cv-02201-AB-PLA<br><br>District Judge: Andre Birotte Jr.<br><br>[PROPOSED] JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68 |

    Plaintiff HUMBERTO SALAS ("Plaintiff") has accepted Defendant FORD MOTOR COMPANY's Offer of Judgment pursuant to Federal Rule of Civil Procedure 68 on October 27, 2023.

    Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $70,000 pursuant to the terms of the Rule 68 Offer. This action is hereby dismissed.

**IT IS SO ORDERED.**

Date: November 29, 2023

_____

Honorable André Birotte Jr.
United States District Judge